JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CHARLES GAMBINA,<br>　　　　Plaintiff,<br>　v.<br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br>　　　　Defendant.<br>_____ | ) NO. SACV 14-1971-KS<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>) |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the above-captioned action is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATE: December 16, 2015

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE